# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, an Ohio corporation,<br><br>  Plaintiff,<br><br>v.<br><br>RAWLINGS SPORTING GOODS COMPANY, INC.,<br><br>  Defendant. | Case No. 2:19-cv-06658-GW-MAA<br>Hon. George H. Wu<br>Hon. Maria A. Audero<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Trial Date:    October 20, 2020 |
| AND RELATED COUNTER-CLAIMS | |

Having considered the Stipulated Protective Order, and determining that good cause exists,

IT IS HEREBY ORDERED that the Stipulation is GRANTED.

Dated: 04/20/20

_____
Hon. Maria A. Audero
United States Magistrate Judge

Respectfully submitted by:
Nathan A. Cazier, Bar No. 241744
nac@paynefears.com
Jared De Jong, Bar No. 260921
jdj@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for RAWLINGS SPORTING GOODS COMPANY, INC.

Proposed Order Granting Stipulated Protective Order.docx