**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAWLINGS SPORTING GOODS COMPANY, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIMS | Case No. CV 19-6658-GW-MAAx<br><br>Judge: Hon. George H. Wu<br><br>**ORDER GRANTING STIPULATION TO DISMISS**<br><br>Trial Date: March 23, 2021 |

Pursuant to stipulation between the parties, it is hereby ORDERED that all claims for relief in the above-captioned action brought by Defendant and Cross-Plaintiff Rawlings Sporting Goods Company, Inc. ("Rawlings") are dismissed without prejudice. Each party to bear their own costs and attorneys' fees.

Dated: April 22, 2021

*[signature: George H. Wu]*

HON. GEORGE H. WU
United States District Judge

Respectfully submitted by:
Nathan A. Cazier, Bar No. 241744
nac@paynefears.com
Jared De Jong, Bar No. 260921
jdj@paynefears.com
Blake A. Dillion, Bar No. 305838
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for RAWLINGS SPORTING GOODS COMPANY, INC.

[Proposed] Order to Dismiss Action Without Prejudice.docx

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

-2-   Case No. 2:19-cv-06658-GW-MAA
[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS

# PROOF OF SERVICE

**James River Insurance Company v. Rawlings Sporting Goods Company, Inc.,
United States District Court Case No. 2:19-cv-06658-GW-MAA**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 4 Park Plaza, Suite 1100, Irvine, CA 92614.

On April 21, 2021, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS** on the interested parties in this action as follows:

| | |
|---|---|
| Andrew J. Waxler<br>Bruce T. Smyth<br>KAUFMAN DOLOWICH VOLUCK LLP<br>11755 Wilshire Blvd., Suite 2400<br>Los Angeles, California 90025<br>Telephone: (310) 775-6511<br>Facsimile: (310) 575-9720<br>awaxler@kdvlaw.com<br>bsmyth@kdvlaw.com | Attorney for Third-Party Counter-defendant STARR INDEMNITY AND LIABILITY COMPANY |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from the e-mail address, pdavid@paynefears.com, to the persons at the e-mail addresses listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 21, 2021, at Irvine, California.

                                        */s/ Patricia David*
                                        Patricia David

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

Case No. 2:19-cv-06658-GW-MAA
[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS